IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 95-50622
Summary Calendar

---

JOHN A. THOMPSON,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
Commissioner of Social Security,

Defendant-Appellee.

---

Appeal from the United States District Court for the
Western District of Texas
(SA-94-CV-833)

---

March 13, 1996

Before GARWOOD, HIGGINBOTHAM and STEWART, Circuit Judges.[*]

PER CURIAM:

John A. Thompson appeals the district court's judgment affirming the denial of social security disability benefits. Thompson contends that the administrative law judge disregarded Dr. Henke's report and failed to give proper weight to evidence of his alcoholism and psychological disorder and asked the vocational

---

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

expert a hypothetical question that did not incorporate all of his disabilities.

We have reviewed the record and the briefs of the parties and we find no reversible error. Accordingly, we affirm the judgment for essentially the reasons given by the magistrate judge and the district court.

AFFIRMED